UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ZACHARY WAYNE RUE                          CIVIL ACTION

VERSUS                                                NO. 09-3648

HENRY ADAMS                              SECTION "J"(4)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Zachary Wayne Rue is hereby **TRANSFERRED** to the United States District Court for the Middle District of Louisiana.

New Orleans, Louisiana, this ___26th___ day of _____June_____, 2009.

_____
UNITED STATES DISTRICT JUDGE